# UNITED STATES DISTRICT COURT
for the
District of Rhode Island ▾

CLIFFORD JOHN FANTEL JR )
)
)
_____ )
*Plaintiff(s)* )
(Write the full name of each plaintiff who is filing this complaint. )
If the names of all the plaintiffs cannot fit in the space above, )
please write "see attached" in the space and attach an additional )
page with the full list of names.) )
-v- )
Town of South Kingstown, South )
Kingstown Police Department, et al )
)
_____ )
*Defendant(s)* )
(Write the full name of each defendant who is being sued. If the )
names of all the defendants cannot fit in the space above, please )
write "see attached" in the space and attach an additional page )
with the full list of names.) )

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☒ No

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND
2024 FEB -1 P 2: 55
FILED

## COMPLAINT FOR A CIVIL CASE

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | CLIFFORD JOHN FANTEL JR |
| Street Address | N/a |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | Washingtoncountycourtmail@gmail.com |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

**Defendant No. 1**

Name    Town of South Kingstown

Job or Title *(if known)*

Street Address

City and County    Town Hall

State and Zip Code

Telephone Number

E-mail Address *(if known)*

**Defendant No. 2**

Name    South Kingstown Police Department

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

**Defendant No. 3**

Name    UNITED STATES POST OFFICE

Job or Title *(if known)*

Street Address    551 Kingstown Rd

City and County    South Kingstown and Washington County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

**Defendant No. 4**

Name    Maricopa County; U.S. District Court 9th,

Job or Title *(if known)*    and Phoenix Police Department;

Street Address    Clifford J Fantel Jr, Donna Fantel;

City and County    Boston Police; TSA/Homeland Security

State and Zip Code    Arizona / Rhode Island / Massachusetts

Telephone Number

E-mail Address *(if known)*    Clifford Sr and Donna address
41 Red Oak Way
South Kingstown, RI 02879

Defendant No. 5    Donald J. Trump

Defendant No. 5
   Name: Phoenix Police Department

Defendant No. 6
   Name: Donald J. Trump

Defendant No. 7
   Name: Clifford J. Fantel Sr. and
        Donna Fantel

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Art. 1 §10 cl.1*
*4th and 5th amendment*
*6th amendment*
*Assimilative Crime Act 18 USC §13*
*18 USC §1201*
*see attachments*

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1.  The Plaintiff(s)

    *CLIFFORD JOHN FANTEL JR*

    a.  If the plaintiff is an individual

        The plaintiff, *(name)* ~~██████████████~~ , is a citizen of the

        State of *(name)* ~~██████████████~~ *RI*

    b.  If the plaintiff is a corporation

        The plaintiff, *(name)* _____ , is incorporated

        under the laws of the State of *(name)* _____ ,

        and has its principal place of business in the State of *(name)*

        _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

        The defendant, *(name)* _____ , is a citizen of

        the State of *(name)* _____ . Or is a citizen of

        *(foreign nation)* _____ .

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Real estate theft, trust theft

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Please read the attachments

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Please read attachments

## V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  2-7-24

Signature of Plaintiff  _C Hu_

Printed Name of Plaintiff  CLIFFORD JOHN FANTEL JR

### B.  For Attorneys

Date of signing:  _____

Signature of Attorney  _____

Printed Name of Attorney  _____

Bar Number  _____

Name of Law Firm  _____

Street Address  _____

State and Zip Code  _____

Telephone Number  _____

E-mail Address  _____

## INTRODUCTION

Plaintiff, CLIFFORD JOHN FANTEL JR, referred to from here as plaintiff, brings this action, in equity, for larceny and financial crimes violating the UNITED STATES OF AMERICA as trustee and CLIFFORD JOHN FANTEL JR, by violating the 5th amendment takings clause or real property from the cestui qui trust of petitioner. This also violates article 1 section 10 clause 1 violating obligations of contracts as there exists a contract between petitioner and the UNITED STATES OF AMERICA and from Uniform Commercial Code (UCC) section 3-601(a) the U.S. has voluntarily entered into an "obligation to pay money under a simple contract" with petitioner.

## JURISDICTION AND VENUE

28 USC section 1332 Diversity of citizenship amount in controversy exceeds $75,000.00, and facts show civil rights violations for 28 USC section 1331 and 1343.

Additionally, pursuant Title 28

Venue is proper in this District court under 28 USC section 1391(b).

Additionally, under Title 28 USC App Fed R Civ P Rule 1: Scope and Purpose of Rules provides the Congressional intent to obligate this court acceptance of this motion without the forms available for this motion, as the facts will show the extraordinary circumstances forms are not available to petitioner.

Rule 1, in part, states.

"Notes of Advisory Committee on Rules-1937

4. With the second sentence compare U.S.C., Title 28, [former] §§777 (Defects of form; amendments)"

The second sentence of Rule 1 states:

"They shall be construed and administered to secure the just, speedy, and inexpensive determination of every action."

Thus, 28 USC section 777 remains relevant.

Pursuant "Instructions for Forms 1099-A and 1099-C (Rev. 01-2022) stated on page 3, under the, Who Must File, section states:

"5. A federal government agency including:

c. A court or court administrative office, or"

Normally, petitioner could use form 1099-C to discharge debt, however, due to the diversity of defendants including, but not limited to, South Kingstown police, Rhode Island Sheriffs, Phoenx (Arizona) police, Maricopa County Sheriff Office, Secret Service, Marshalls, and if because of juridical concerns the counties of Maricopa and Washington County as herein listed, who have stolen petitioners identification including birth certificates and state issued ID cards multiple times and all of petitioners access to money and property, both real and intangible.

28 USC section 777 is of importance to construe this courts obligation to accept this motion in defect of form, which is a State created injury which is depriving financial and logistical ability to obtain forms.

PARTIES

Page 2 of 15

Plaintiff, CLIFFORD JOHN FANTEL JR, with no actual residence, except that facts show that 41 Red Oak Way, South Kingstown, RI 02879 is lawful address.

Defendants include:

The Town of South Kingstown, the South Kingstown Police Department, a municipal law enforcement agency

The Town of North Kingstown, as used on affidavit forms for w2-2020-0201a

Clifford John Fantel Sr, husband to Donna Fantel, approximately 75 year old male birthdate January, 1948

Donna Fantel, Clifford's wife, who has a history of contentious family disputes and mental illness of long documented history with her full consent.

John and Jane Doe's, individuals whose involvement will be further detailed.

FACTUAL ALLEGATIONS

June 15, 2019, at approximately 8:30am, plaintiff, CLIFFORD JOHN FANTEL JR, was subjected to a false arrest at Boston Logan Airport. TSA agents and local police officers, acting on information from defendant Donna Fantel, detained plaintiff without just cause. This arrest was carried out without probable cause, violating plaintiffs Fourth amendment rights. Case dismissed nolle prosequi, and this qualifies for malicious prosecution.

Simultaneous to the arrest, plaintiffs child, a minor, was placed into protective custody, separated from her father's safety. In this case, it was based on false accusations and political motives by the President Donald Trump's involvement in plaintiffs life.

Page 3 of 15

Subsequent investigations and legal proceedings revealed that the false arrest and child separation were part of a larger conspiracy aimed at discrediting plaintive to gain control of a substantial inheritance, money and career, which all industries have black listed plaintiff from since then and continue to defame and steal plaintiffs likeness for profit.

A couple of weeks later, on or about July 9, 2019, Clifford and Donna Fantel again called the South Kingstown police department (SKPD) with false reporting of an alleged domestic. SKPD is pre-dispositioned with prejudice against petitioner, secretly works with Clifford and Donna Fantel for repeated arrests, and ignored petitioner on this July false arrest by telling them Clifford Sr. was drunk and you could see the alcohol sweating out of his face and they refused to acknowledge this, refused to acknowledge evidence in petitioners hand, of crimes against petitioners child which petitioner was in process of protecting child from. This was prompted for plaintiff to look for evidence on this day due to one of Donald Trump's conspirator, Michael Savage, a radio host personality who was being used to communicate and bully plaintiff for the subliminal extortion and RICO violations that were in process by Trump, and Michael can be heard on his podcast yelling at plaintiff, regarding this topic.

Clifford Fantel, Donna Fantel and SKPD on this false arrest, violated Rhode Island § 11-26-1.1 as well as 18 USC section 1201 and Title 18 USC 1591 the Mann Act. They took plaintiffs child and sent child on an airplane to Arizona, where plaintiff has valid Rhode Island Family Court orders for custody and placement during that moment of kidnapping. The following day after Mary Eaton, who is Erica Eaton's mother (whom have been stalking and involved in other false marriages with plaintiff antecedent from this arrest for personal financial gain) drove plaintiff home from a hotel, and an SKPD officer present while plaintiff was collecting personal property, promptly and repeatedly threatened plaintiff with further assault and battery and false imprisonment for demanding where plaintiffs child is, all the while with family court orders in hand, and the SKPD officer refused to look at the paperwork and disobeyed court orders.

Plaintiffs charges were subsequently dismissed without any intervention after a sham plea process, however, Mark Trovato, a town prosecutor, intentionally and maliciously left a no contact order in place only against Donna Fantel as a deliberate tactic to violate 1st amendment protections.

Clifford Sr. and Donna willingly gave plaintiff their credit card for living expenses, only to without notice end the credit card leaving plaintiff without a place to live, and accusing plaintiff of using money

they didn't authorize and claimed plaintiff should have used the money for housing at a place called Phil and Anne's motel, because it was less expensive and closer to them.

Plaintiff returned home and was conspired against by Clifford Sr. and Donna Fantel and Clifford secretly met with SKPD in the town of North Kingstown, as is documented on affidavit paperwork for the case of w2-2020-0201a but the unusual manner of the affidavit form which is printed and states Town of South Kingstown, crosses it out and writes in pen 'North Kingstown'.

The affidavit includes statements as the basis for wanting to arrest plaintiff such as, "he is unwanted in the house" and this is an illegal attempt for eviction. Even the SKPD in writing of this affidavit respond in it that they cannot use the criminal process for eviction, they will have to follow the civil process. But SKPD wrote additional advice to "change the door locks when he is not home". This violates plaintiffs vested right of having a home to live in, a fundamental right older than the 4th amendment. This also violates the Congressionally created Federal Fair Housing Act ("FHA") from Title 42 of US code because, it being unlawful for property owner to treat someone differently because of their national origin. Without allodial title, as evidenced by property taxes, the Town of South Kingstown assumes liability of "FHA" violations for the simple reason, Intelligence is under the penumbra of freedom of conscience. This was an expressly stated reason in the affidavit of perjury for case W2-2020-0201A, prejudicing plaintiffs alleged thoughts.

(To comment out of chronological order here, successive false arrests and gang stalking from Rhode Island to Arizona and back, have resulted with Phoenix, AZ police and Rhode Island sheriffs stealing court documentation for some of this evidence and facts for dates of court appearances which this court would likely prefer be included here, however, should be available to verify from court records if they exist. This is said because, from Washington County court house case number(s) W2-2020-0201A and 41-2020-01331, plaintiff did pay to the clerk of the district court money, for the audio recordings of the court room appearances. However, money was taken, but endless excuses were made not to provide these transcripts such as, they got a new computer, the staff didn't know how to use the new computer and needed training, the person for the training was not in to provide the training, etc. This is all tampering with evidence. There is also so many crimes and fraud, that plaintiff is with best effort attempt to write the facts, and trying not to mis-place order but the amount of assault and batteries upon plaintiff all seem essentially the same at this point and reference material being wanting exists. It is also accepted by courts that passage of time prejudices memory, foreshortening of memory, etc.)

Affidavit for W2-2020-0201A also stated, they did not want to press charges, they only wanted plaintiff to get help and forced into a civil commitment. This is plainly illegal, and conceded by the



Page 5 of 15

evidence. This is also pre-meditated, without the other collateral evidence showing the pre-meditation of land theft, inheritance theft and more.

For 41-2020-01331, a premeditated competency question was made by the state. Records do not exist for any evaluation, because there never was an evaluation. The competency court hearing was held without plaintiff being present, but intentionally left in the ACI jail. This was a conspiracy of parties including public defender Steve Pelletier, Judge James Caroulo, Judge Patrick O'Neil, prosecutor Mark Trovato and whomever else was involved. Plaintiff was without due process and without any signatures on any court orders, making it contractually invalid, kidnapped and taken to the state hospital and left falsely imprisoned and subjected to medical experiments contrary to common law proscription of torture for approximately 5 months.

Plaintiff also filed a habeas corpus to this federal district court, which refused to rule on the in forma pauperis motion, for eventually someone to pay the $5 filing fee, and then to never rule on the habeas motion. During this time, no public defender would speak with plaintiff either. Plaintiff was also subjected to battery from a contractor, as employment. Battery that was in addition to battery charges doctors are commonly charged with for providing medical procedures without consent, plaintiff managed to contact the Rhode Island State police to report this assault and battery, only to be threatened with acts of violence from gangs of employees by a nurse named Amy for calling the police. The internal procedure for crimes is inherently a conflict of interest, because the state hospital was investigating a state hospital criminal allegation, and the result was nothing but further retaliation upon plaintiff.

Plaintiff eventually hired a paid attorney named Mike Demarco when plaintiff was being released from this false imprisonment, and subsequently, refused to appear for plaintiffs court appearances. The court illegally refused to remove Demarco from the case, as a defendant has the right to fire an attorney for any reason and even for no reason at all. It was not until plaintiff filed a civil lawsuit against Demarco was he finally removed by the court. It was during this same temporal period that the district court clerks refused to provide the paid for audio recordings of the court room for when court was held without plaintiff being present.

Also, in reference to 41-2020-01331, all rights to confrontation being denied, plaintiff has not even been able to ask if Judge Patrick O'Neil is related to Stacey O'Neil of O'Neil's liquor store whom was the false accuser, who also have admitted they assaulted plaintiff due to covid restrictions at the time, which is significant due to subsequent court rulings across the country of the illegal restrictions, and any significant change in law afterwards is a known basis for vacating verdicts.

Page 6 of 15

Back on topic for W2-2020-0201A, after plaintiff sued Demarco, was refused paid for evidence and subjected to false imprisonment without any valid order or due process, plaintiff traveled back to Arizona for the reason that SKPD, Clifford and Donna Fantel and others including Donald Trump who had been extorting plaintiff over kidnapping plaintiffs child, went back to Arizona to find said child.

Plaintiff was subsequently falsely arrested in Arizona on May 2, 2023, for sitting at the Burton Barr public library, at 10am, alone, not interacting with anyone, held for 57 days without until the first appearance for the arrest and subjected to a second illegal kidnapping which is documented as an extradition. As airlines are federal jurisdiction, plaintiff is also owed a billion frequent flyer mileage points.

On approximately December 18, 2024, plaintiff was still subjected to false imprisonment and th public defender, Marc Popkin at the Washington County court house, extorted plaintiff, along with Alison Mason and the SKPD, as Marc stated if plaintiff does not sign this plea deal they are still waiting to charge plaintiff with that extortion charge regarding $14,000.00.

As previously stated, Clifford Sr. was conspiring with SKPD in North Kingstown in 2020, and at that time plaintiff asked for money so plaintiff could move out the home in 41 Red Oak Way, to go live in Florida. Clifford Sr. agreed only to give this money as plaintiff was literally leaving the state. This was an obvious set up to manufacture a fugitive status from what plaintiff inferred. Plaintiff was subsequently falsely arrested/ subjected to swatting by three SKPD officers who were given a key to plaintiffs home and swept the house at gun point to arrest plaintiff, over a misdemeanor charge. This is documented in ref: 20-1170-of on 08/19/2020 2045 by Lieutenant MARK A SGALIA, where he writes,

"I further advised Mrs. Fantel that if John were warned in person, but would not exit the residence to speak with officers that we would not be able to force our way into the home and physically remove him"

This is because Donna is quoted for saying she wanted plaintiff cited for trespass, except a person cannot be trespassing in their own home. There is also a consent form signed by Donna Fantel for the SKPD to enter the house, and this is when the SKPD with guns drawn entered the house at gun point and falsely arrested plaintiff, not for any probable cause or with any warrant, but because of the admitted contradiction of MARK A SGALIA not being able to force their way into the home, so the key to the front door was provided to SKPD by Donna Fantel to accomplish crime.

The SKPD also use as evidence for alleged harm to alleged victim Donna Fantel of injury, by a telephone call Donna made to Dr. Wendy Reagan who diagnosed Donna over the phone with broken bone. This is both hearsay and inadmissible by any competent standard.

Signed by SKPD badge number 42, on 8/19/20 case number 20-1170-of, did Donna Fantel sign and request that plaintiff be "warned for trespassing upon the entire property listed above" and request that SKPD "remove, arrest and prosecute the individual in accordance with Rhode Island General Law 11-44-26."

However, § 11-44-26(b) This section shall not apply to tenants or occupants of residential premises who, having rightfully entered the premises at the commencement of the tenancy or occupancy, remain after that tenancy or occupancy has been or is alleged to have been terminated. The owner or landlord of the premises may recover possession only through appropriate civil proceedings.

This is probative evidence for malicious prosecution, false arrest and much more. Plaintiff has lawful residence, dwelling, home, etc, at 41 Red Oak Way. The criminal process is proscribed both by subject matter jurisdiction and the express general assembly statutory language. Keeping this simple, this alone should be enough to issue restraining orders against the SKPD and Clifford J Fantel Sr. and Donna Fantel.

Affidavit by SKPD BRYAN C MONTE badge number 36 with date 08/16/2020, on page two, also shows this arrest contradicts the signed trespass warning document and intent to arrest for 11-44-26, because only 11-44-1, 11-45-1(a) and no contact orders were the charges. This is another contradiction.

Call number 32119 with time 1459 by call taker, Deanna Marler from Donna Fantel lists the reason for the call as "Walk-In - Trespassing". This is documentation of false reporting to the police, and more evidence for malicious prosecution.

Only after leaving the State after this arrest, did Mark Trovato illegally stacking charges to manufacture fugitive status with a felony for extradition with a premeditated plan in place for false civil commitment. This was also used by Donald Trump, because William Barr at this time personally arrived at the Maricopa county jail to conspire with MCSO jailers to place plaintiff in illegal solitary confinement and deny access to courts to make sure kidnapping occurred. This subject matter normally would



Page 8 of 15

impeach plaintiff from eligibility as any witness, and is part of Donald Trumps cover up for his many crimes against plaintiff, except his plans all failed bigly.

One of the most impeachable facts against Mark Trovato, any other prosecutor, the SKPD and definitely Clifford Sr. and Donna Fantel, is the fact, that it is alleged the incident occurred on June 5th, 2020, however, SKPD did not falsely arrest plaintiff until August 16, 2020 and plaintiff lived at that residence where Donna would cook meals for everybody, Clifford Sr. tried to invite plaintiff to a local gun range to go shooting, and other limited daily interactions all the while ex post facto Clifford and Donna repeatedly claim a fear for themselves which is a temporal contradiction, and evidence for the allegations of photographs were not taken by SKPD until August 25, 2020 where this is prejudicial and not admissible or reliable for almost two months of waiting.

Regarding the actions of land theft and inheritance theft, Clifford D Fantel, deceased, left a sizeable inheritance for plaintiff, and by means of a false conservatorship from this false civil commitment process, did Clifford Sr. fraudulently sign plaintiffs name on land conveyance documents. This is found on the public website for the Town of South Kingstown for land conveyance records. One notable record of evidence, in June or July of 2022, there is a conveyance which states, "Clifford Fantel AKA Clifford to Clifford Fantel" and this is Clifford Sr. omitting the suffixes of Sr. and Jr. for inheritance Clifford D Fantel left for plaintiff. During this time period, another conveyance shown is involving Justin Gallant for the Fantel Family Trust, which is also all part of this larceny.

On the land records is an attorney as witness which shows to be Demarco, the first name is not legible to plaintiff and may be Mike Demarco whom plaintiff sued or a relative for an apparent conflict of interest.

At no time have any of these people ever contacted plaintiff, and have violated all fiduciary trust obligations as any conservatorship is supposed to be for the benefit, and not gain, regarding trusts.

This has also been verbally stated to the court, Judge O'Neil, attorneys Marc Popkin, Ashley Mason, and probation department Jeremy Handley, all of whom dismissive of this serious charge and compound the many crimes against plaintiff.

Petitioner being subject to false imprisonment, no access to courts when in jail (and outside the jails) and 6th amendment ineffective counsel along with public defenders who, allegedly, participating in financial crimes of plaintiffs person, has exercised 5th amendment truths in court due to the inability to voluntarily make any plea, and no reasonable expectation of any legal defense while left in jail in light of regular practice of public defenders not even going to the jail, and spending inadequate time with defendant, which defendant has demonstrated high levels of legal knowledge and ability where simple requests for fundamental rights have been ignored by public defenders and courts alike, expand plaintiffs rights to sign as done, on Decemeber 18th, 2023 for freedom outside the jail in order to

Page 9 of 15

combat the chicanery by only afterwards having the governmental interference removed to mount a legal defense. This is of course backwards, offends res judicata by the actions of the court, prosecutors and officers of the court, ie, public defenders and sheriffs and police, and supports the immediate need for the federal court to restrain the State actors and private persons if it can control itself.

Subsequent investigations by plaintiff for this inheritance theft was made by plaintiff with calling by phone to the attorney on record from the probate court of Bristol where Clifford D Fantel last will was filed, and the Bristol probate court emailing plaintiff court records showed the attorney to be James Aukerman, who is not with the practice allegedly, and instead spoke with Orson and Brusini Law Offices. Plaintiff initially was not receiving any return phone call back from this office and eventually spoke with one attorney who returned a phone call while plaintiff was sitting in a public coffee shop and held a brief phone call, who assured plaintiff everything was legal.

There is now addtional false police reports on plaintiff from this same law office, who falsely claimed defamatory and criminal allegations and now SKPD detective Matthew White and probation department Jeremy Handley are in conspiracy from SKPD call number 23-46415. It would appear to be strange for plaintiff questioning a law firm and informing them of a serious crime with enough details which are objectively verifiable to investigate, and instead, to then falsely make criminal allegations with all the reasonable expectation for additional false imprisonment for a person who is troublesome for this larceny and RICO violations scheme, allegedly. This is not a speculative claim made by plaintiff, it is extra-ordinary to subject a person to such extremes from so many extreme allegations and to also ignore all due process ab initio, including, the lack of probable cause for any arrest in the first place with all the contradicting affidavits and admitted reasons to make the arrest which have no nexus to the actual charges filed.

There is also the repeated attempt to force plaintiff onto health insurance. Government has no power to compel third party contracts, and is another documented defamatory series of statements made by Jeremy Handley to prejudice plaintiff. This is equity fraud with fraudulent distribution of controlled substances, even if licensed individuals are involved and attempts to discredit plaintiff.

There is also the fact that false, dangerous and defamatory CAUTION remarks associated with plaintiffs NICS, or NCICS or whatever it is called that police use when a persons name is searched, which per se prejudices plaintiff to everyone who reads this. This must be removed, and cannot be presumed any safe interactions with law enforcement and also supports a restraining order against the SKPD and law enforcement.

Page 10 of 15

Late December 2023, plaintiff went to UNITED STATES POST OFFICE located at 551 Kingstown Rd, Wakefield, RI 02879, put a 30 day hold on plaintiffs mail by signing the USPO issued form to hold mail. Plaintiff returned on January 2, 2024, only to find that Clifford Sr. had stolen plaintiffs mail, and the post office was refusing to honor the contract which was accepted to hold the mail. This was a deliberate set up, and one of the USPO employees was directly involved in the assault, swatting again by SKPD with guns drawn and subsequent false imprisonment for 30 days in jail. Every single witness for the alleged offense also was by people who have home addresses closer to other USPO locations, and disorderly conduct is a federal juridical subject from the code of federal regulations (CFR) and by the Assimilative Crime Act 18 USC section 13 makes the alleged incident federal, not State, thus, the entire arrest, imprisonment and probation is without subject matter jurisdiction and is void.

The ACI jail is with denial of access to courts, inadequate law library access and plaintiff was unable to file a single motion to the courts for the entire 30 days.

On 2/2/2024, plaintiff waited inside a local coffee shop next door to the USPO to open to go again an receive postal mail.

The continued illegal harassment and surveillance by SKPD was present that morning:

6:37am SKPD cruiser at drive thru

6:41am "                                    "

6:52am deputy chief f.d. drive thru

Detective Young sat down at the table next to plaintiff without speaking to plaintiff, even though plaintiff and Detectives Young and Segrue about twelve hours earlier spoke in person at the SKPD station when plaintiff was retrieving personal property after being released from jail and the mail was of conversation where they stated it was returned to the post office and that is where plaintiff was going in the morning to pick up the mail. There were other uniformed SKPD officers repeatedly in the coffee shop closer to 8:30am when this increased police presence as harassment occurred.

Plaintiff sent messages to a law firm regarding this SKPD harassment and as soon as plaintiff left the building plaintiff was in to walk to the local library, SKPD cruiser passed plaintiff by on three seperate drive bys within moments of each other, Rhode Island plate registration 6657 is believed to be the plate number.

Page 11 of 15

EQUITY BASIS

It is alleged, that by the land theft from the inheritance, that 28 USC section 1358 proscribes the municipal of civil immunity. The value of the land exceeding $75,000 for 28 USC section 1332. Since CLIFFORD JOHN FANTEL JR has a birth certificate, and the UNITED STATES is in a cestui qui trust with plaintiff, this land theft is allowing plaintiff to file a 1099-C form to discharge debt for this property. Additionally, since the State has been using an illegal state ward process, this is eminent domain upon the trust of CLIFFORD JOHN FANTEL JR and is fraud upon the UNITED STATES OF AMERICA.

On the instructions sheet for 1099-C form;

""Property" means any real property (such as a personal residence), any intangible property, and tangible personal property except the following.

• No reporting is required for tangible personal property (such as a car) held only for personal use."

Those involved, are using the property not for personal use.

Uniform Commercial Code (UCC) §3, in particular §3-601 Discharge and Effect of Discharge

§3-601(a) The obligation of a party to pay the instrument is discharged as stated in this Article or by an Act or agreement with the party which would discharge an obligation to pay money under a simple contract.

See, U.S. constitution Article 1, §10, clause 1, "...obligations of contract".

Those using the criminal process for the larceny, is violating plaintiffs right to contract, and since the grant from this right is from the sovereign, the people when by popular convention, delegates did provide the proscription from impairment of contracts.

Page 12 of 15

With this contract making this subject matter proper for equity, and by Rule 1 expressly citing 28 USC §777 which requires courts not to reject claims for defects, and by the facts stated which are the causation of the impossibility for plaintiff to obtain form 1099-C to submit, this court is obligated to accept this motion 'as is' and for the relief being requested for a check or the means to file this motion and walk out of the court house with financial means plaintiff is entitled to, ie, to rent housing, to purchase transportation, etc.

Additionally, by the Clean Up Doctrine: "The jurisdictional principle that once an equity court has acquired jurisdiction over a case, it may decide both equitable and legal issues as long as the legal issues are ancillary to the equitable ones" as this definition is from a Black's Law dictionary.

This doctrine has the ability to issue temporary restraining orders (TRO) because this is a legal basis, or to use any other known inherent powers to establish TRO's for the immediate need to prevent any additional irreparable harm to plaintiff. The relief should also allow a temporary or ex parte halt on the Washington County court and probation department from continuing any attempts to arrest plaintiff from not following invalid court orders. It is accepted in courts that attorneys are not reprimanded from advising clients to not follow unconstitutional court orders, and it would be inequitable to allow a self represented person to be subject to harm or the real risk to harm for not following unconstitutional court orders. Plaintiff has the right to exercise legal rights, which includes the right to be wrong, and all parties involved have been flat out lying to plaintiff claiming plaintiff does not know what he is talking about. This is no excuse to commit these violent crimes unabated for years on end and not have plaintiff freely invoke the right to agilde any or all of these people involved. Kidnapping children, medical experimentation, and all the crimes springing from no due process, as well as the numerous SKPD swatting calls which every single time is a false and deliberate crime.

The immediate concern for plaintiff is the obvious, to stop being subjected to a compulsory environment allowing stalkers and harassment by both government employees and private persons, and to immediate restoration of basic life needs.

RELIEF

Prayer for relief is asked for,

1. Restraining order(s) and/or Temporary restraining order(s) against:

    a. Town of South Kingstown including the Town of South Kingstown Police Department and all personal

    b. Washington County clerks of the court personal

    c. Washington County adult probation office

    d. Clifford J Fantel Sr.

    e. Donna Fantel

    f. Richard Miller

    g. Patrick O'Neil

    h. James Caroulo

    i. Judge Crapo

    j. Donald J. Trump

2. Injunction and/or Temporary injunction against the three active cases listed against plaintiff in the Washington County court house for the purpose to prevent irreparable harm.

3. As, Instructions for Forms 1099-A and 1099-C (Rev. 01-2022) on page 3 state:

> 5. A federal government agency including:
>
> > a. A department,
> >
> > b. An agency,
> >
> > c. A court or court administrative office, or
> >
> > d. An instrumentality in the judicial or legislative
> >
> > branch of the government

5(c) authorizes this court cancel debt, and plaintiff seeks this process to issue a check in the amount of $100,000.00 from plaintiffs trust which is the birth certificate issued by the State which UCC recognizes as a security instrument. Government is not authorized to create a nuisance, and this process has created vagrancy which is a nuisance that can be remedied by money which plaintiff is entitled to. Now the sovereign makes demands, and this is what I am, so I demand this court pay me my money I'm owed because I demand so.

4. Dismiss all three cases in the Washington County court house; W2-2020-0201A, W2-2020-01331 and 41-2024-00018 due to the prosecutors falsifying charges

5. Demand from family courts in Rhode Island and Maricopa County in Phoenix Arizona to produce plaintiffs child as this has been all government kidnapping.

Signed, /s CLIFFORD JOHN FANTEL JR

02-07-2024

Page 15 of 15